IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 03-47738-H4-7 |
| | § | |
| TOMAS MICHAEL CHAPMAN AND | § | (Chapter 7) |
| ANN MARIE CHAPMAN, | § | |
| | § | |
| DEBTOR. | § | |

## MOTION TO PAY FUNDS INTO THE REGISTRY
## UNDER 11 U.S.C. § 347(a)

The undersigned Trustee reports:

\_\_\_\_\_ The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

\_\_X\_\_ More than ninety (90) days has passed since the final distribution and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 15th day of September, 2009.

/s/ Lowell T. Cage
_____
LOWELL T. CAGE, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500