**EXHIBIT "A"**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No.  03-47738-H4-7** |
| | § | |
| **TOMAS MICHAEL CHAPMAN AND** | § | **(Chapter 7)** |
| **ANN MARIE CHAPMAN,** | § | |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____    Small Dividends

__X__    Unclaimed Dividends

| Ck #5010        Claim #1 | Ck #5011        Claim #2 | Ck #5012        Claim #3 |
|---|---|---|
| Chase Manhattan Bank, USA | Chase Manhattan Bank, USA | Citibank South Dakota, NA |
| Chase Bankcard Services | Chase Bankcard Services | Texas Payment Center |
| PO Box 52176 | PO Box 52176 | 4300 Westown Parkway |
| Phoenix, AZ  85072-2176 | Phoenix, AZ  85072-2176 | West Des Moines, IA  50266 |
| $147.76 | $191.49 | $10.59 |

Total Small & Unclaimed Dividends          $      349.84